IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DERRICK THUNDER,

    Petitioner,

v.

LIZZIE A. TEGELS,

    Respondent.

ORDER

Case No. 22-cv-295-wmc

Petitioner Derrick Thunder seeks a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has neither paid the $5 filing fee nor requested leave to proceed without prepayment of the filing fee. For this case to move forward, petitioner must pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee no later than June 14, 2022. Any motion for leave to proceed without prepayment of the filing fee must include a certified copy of an inmate trust fund account statement (or institutional equivalent) for the six-month period beginning approximately November 23, 2021 through the date of the petition, May 23, 2022.

ORDER

IT IS ORDERED that:

1. Petitioner Derrick Thunder may have until June 14, 2022, to pay the $5 filing fee or submit a properly supported motion for leave to proceed without prepayment of the filing fee.

2. If petitioner does not submit either the $5 payment or a motion for leave to proceed without prepayment before June 14, 2022, I will assume that petitioner wishes to withdraw this petition.

Entered this 24th day of May, 2022.

BY THE COURT:

/s/
STEPHEN L. CROCKER
Magistrate Judge